IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01271-WDM-BNB

SPORTSMANS WAREHOUSE, INC.,

Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Stay** [docket no. 29, filed August 28, 2007] (the "Motion").

      IT IS ORDERED that the Motion is DENIED. However, defendant Fair may appear by telephone for the hearing by calling Chambers on September 4, 2007, at 9:00 a.m., Mountain Daylight Time, at 303/844-6408.

DATED: August 28, 2007