IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01271-WDM-BNB

SPORTSMANS WAREHOUSE, INC.,

Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

Defendants,

and

STEPHEN C. LEBLANC,

Cross Claimant,

v.

STEVEN G. FAIR,

Cross Defendant.
_____

**ORDER**
_____

This matter arises in connection with the following papers (the "Papers") filed by

defendant Steven Fair:

1. **Motion to dismiss pursuant to FRAP RULE 12(a)(1)(A) FRAP RULE 12(b)**

[Doc. #19, filed 7/24/07];

2. **Special Matter FRAP Rule 9 Motion to Dismiss FRAP Rule 12 Or/Answer to**

**Crossclaim Complaint of Malicious Prosecution** [Doc. #27, filed 8/24/07];

    3.  **Special Matter FRAP Rule 9 Demand for the Court to Order Plaintiff to Involuntary Political Status in Violation of Title 8 United States Code** [Doc. #28, filed 8/28/07];

    4.  **Special Matter FRAP Rule 9 Motion for Stay** [Doc. #29, filed 8/28/07];

    5.  **Misc. Case for Pre-complaint Discovery** [Doc. #30, filed 8/28/07];

    6.  **Motion in the Nature of FRCP Rule 9 to open Article III district Court for the united States of America Colorado Motion for Declaratory Judgment on Sovereign Character** [Doc. #41, filed 9/10/07];

    7.  **Motion for Remedy in forma pauperis** [Doc. #43, filed 9/11/07];

    8.  **Crossclaim Complaint - Angler art/John Doe . . . John Doe 1-999,999** [Doc. #44, filed 9/11/07];

    9.  **Certification of Copy of Royal Entrance Copyright VA 1-382-611** [Doc. #51, filed 9/17/07];

    10.  **Special Matter FRAP Rule 9 Motion to Dismiss FRAP Rule 12 Motion to Join Actions** [Doc. #52, filed 9/17/07]; and

    11.  **Certification of Copy(s) of Foundry Records on Royal Entrance** [Doc. #54, filed 9/25/07].

Plaintiff, Sportsman's Warehouse, Inc. ("Sportsman's"), initiated this action on June 15, 2007, by filing a Complaint for Declaratory Judgment against defendants Steven Fair and Stephen LeBlanc [Doc. #1]. The Complaint for Declaratory Judgment was amended on June 19, 2007 [Doc. #4] (the "Complaint"). On August 3, 2007, Stephen LeBlanc filed an answer to the Complaint and a cross claim against Steven Fair [Doc. #21].

Starting July 24, 2007, and continuing to date, defendant Steven Fair has inundated the Court with the Papers. The Papers are improper for numerous reasons.

None of the Papers bear the proper caption. All of the captions improperly list the plaintiff's address in the top left corner. Most of the captions incorrectly name Steven Fair as the plaintiff and Sportsman's as the defendant. Some of the captions contain superfluous information such as statutory cites and name as defendants entities and John Does that are not parties to this case.

In addition, the Papers generally are gibberish. For example, Mr. Fair's first motion to dismiss begins with the following sentence: "Comes Now Steven George Fair, sculptor, a highly limited capacity of the unenfranchised Man Steven George Fair Sovereign We the People as a term of art for private individual Steven George Fair, the unenfranchised Posterity, claiming exception 11(2), ch. 836, pg. 2708, Oregon General Laws 1973, O.R.S. 71.0207 exclusive Rights under the Ordinance for the territory North West of the River Ohio A.D. 1787, 9. Stat. 323, as opposed to 10 Stat. 146." *Doc. #19*, p. 1.

For the most part, it is impossible to determine the nature or the substance of Mr. Fair's filings. Many of the Papers appear to be redundant. Many do not seem to pertain to any pending matter in this case.

"An application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought. . . . The rules applicable to captions and other matters of form of pleadings apply to all motions and other papers provided for by these rules." Fed.R.Civ.P. 7(b).

Mr. Fair's filings utterly fail to comply with Rule 7(b).

3

IT IS ORDERED that the Papers are STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall cease filing redundant papers, unintelligible papers, papers that are not related to any pending matter in this case, or papers with improper captions.  All future papers filed with this Court shall bear the proper caption as exemplified by the plaintiff's Motion to Strike [Doc. #45].  Any papers filed with the Court which fail to comply with this Order may be stricken, and the plaintiff may be subject to sanctions.

IT IS FURTHER ORDERED that the plaintiff shall answer or otherwise respond to the Complaint and to Mr. LeBlanc's counter claim on or before **October 22, 2007**.

Dated October 1, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge