IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01271-WDM-BNB

SPORTSMANS WAREHOUSE, INC.,

Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

Defendants,

and

STEPHEN C. LEBLANC,

Cross Claimant,

v.

STEVEN G. FAIR,

Cross Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff Sportsman's Warehouse, Inc.'s Motion to Strike Defendant Fair's Motions and Local Rule 7.1(A) Certification** [docket no. 45, filed September 14, 2007] and **Defendant Stephen C. LeBlanc's Joinder in Plaintiff Sportsman's Warehouse, Inc.'s Motion to Strike Defendant Fair's Motions** [docket no. 49, filed September 17, 2007] (the "Motions").

      IT IS ORDERED that the Motions are DENIED AS MOOT.

DATED:  October 1, 2007