IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01271-WDM-BNB

SPORTSMANS WAREHOUSE, INC.,

Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

Defendants,

and

STEPHEN C. LEBLANC,

Cross Claimant,

v.

STEVEN G. FAIR,

Cross Defendant.
_____

**ORDER**
_____

This matter arises in connection with the following papers (the "Papers") filed by

defendant Steven Fair on October 1, 2007:

1. **Steven George Fair's Response to Plaintiff Sportsmans Warehouse, Inc.'s Motion to Strike Defendant Fair's Motions and Local Rule 7/1(A) Certification and Motion to Strike** [Doc. #58]

2. **Motion to Compel Sept 14th Disclosure** [Doc. #59];

3. **Motion for the Court to Make Use of Form** [Doc. #60]; and

4. **Joinder of Counterclaim Crossclaim Defendant(s) (1) Prairie West Studio (2) Prairie West Studio/John Doe/Jane Doe (3) Angler Art (4) Angler Art/John Doe/Jane Doe (5) John Doe (6) Jane Doe** [Doc. #61].

On October 1, 2007, I issued an Amended Order [Doc. #57] striking eleven papers filed by defendant Fair.  Fair was ordered to cease filing redundant papers, unintelligible papers, papers that are not related to any pending matter in this case, or papers with improper captions.  He was ordered to file all future papers with the proper caption as exemplified by the plaintiff's Motion to Strike [Doc. #45].  Fair was cautioned that any papers filed with the Court which fail to comply with this Order may be stricken, and he may be subject to sanctions.

It appears that Fair did not receive my Order prior to filing the above-listed Papers, since the Papers were filed on the same day my Order was issued.  Therefore, the Papers are stricken because they suffer the same deficiencies outlined in my Amended Order.  However, Fair will not be subject to sanctions for filing the Papers.

IT IS ORDERED that the Papers are STRICKEN for substantially the same reasons outlined in my Amended Order [Doc. #57].

IT IS FURTHER ORDERED that defendant Fair shall cease filing redundant papers, unintelligible papers, papers that are not related to any pending matter in this case, or papers with improper captions.  All future papers filed with this Court shall bear the proper caption as exemplified by the plaintiff's Motion to Strike [Doc. #45].  Any papers filed with the Court which fail to comply with this Order may be stricken, and the defendant Fair may be subject to sanctions.

Dated October 9, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge