IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01271-WDM-BNB

SPORTSMANS WAREHOUSE, INC.,

Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

Defendants,

and

STEPHEN C. LEBLANC,

Cross Claimant,

v.

STEVEN G. FAIR,

Cross Defendant.
_____

## ORDER
_____

I held a Status Conference on November 19, 2007, and I addressed the following motions. For the reasons stated on the record,

IT IS ORDERED that:

1. **Defendant/Cross Defendant/Movant Steven George Fair's Motion Under Miller Rule 6.2 Under Extraordinary Complexity** [Doc. #94, filed 11/16/07] is DENIED;

2. **Steven George Fair's Preemptive Motion for the Court to Deny Defendant LeBlanc's Motion to Strike Under FRCP 5(b)** [Doc. #95, filed 11/19/07] is DENIED;

3. **Plaintiff Sportsman's Warehouse, Inc.'s Motion to Strike** [Doc. #77, filed 10/31/07] is GRANTED;

4. **Defendant Stephen C. LeBlanc's Motion to Enforce Fed.R.Civ.P. 5(b)(1)** [Doc. #80, filed 11/1/07] is GRANTED; and

5. **Defendant Stephen C. LeBlanc's Motion to Strike "/Crossclaim Defendant Steven George Fair's Answer to . . . LeBlanc's Motion for Summary Judgment and . . . Fair's Motion for Declaratory Judgment . . . .** [Doc. #91, filed 11/9/07] is GRANTED.

Dated November 20, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge