IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01271-WDM-BNB

SPORTSMANS WAREHOUSE, INC.,

Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

Defendants,

and

STEPHEN C. LEBLANC,

Cross Claimant,

v.

STEVEN G. FAIR,

Cross Defendant.
_____

**ORDER**
_____

This matter arises in connection with the following papers (the "Papers") filed by

defendant Steven Fair:

1. **Answer to Sportsmans Warehouse Complaint Answer to Stephen C. LeBlanc's**

**Crossclaim under Amended Order of Court Oct 1, 2007** [Doc. #72, filed 10/25/07];

2. **Defendant / Cross Defendant Steven George Fair's Amended Answer to: Answer to Sportsmans Warehouse Complaint Answer to Stephen C. LeBlanc's Crossclaim under Amended Order of Court Oct 1, 2007** [Doc. #83, filed 11/1/07];

3. **Letter to "Mr. Miller"** [Doc. #85, filed 11/05/07;

4. **Defendant/Crossclaim Defendant Steven George Fair's Answer to . . . LeBlanc's Motion for Summary Judgment and . . . Fair's Motion for Declaratory Judgment . . . .** [Doc. #86, filed 11/7/07];

5. **Affirmed Declaration of Steven George Fair Pursuant to the Laws of Perjury on that State Oregon** [Doc. #87, filed 11/7/07];

6. **Exhibits** [Doc. #88, filed 11/7/07];

7. **Letter to "Mr. Boland"** [Doc. #89, filed 11/7/07];

8. **Steven George Fair's Answer to Defendant LeBlanc's Motion to Enforce Fed.R.Civ.P. 5(b)(1)** [Doc. #92, filed 11/9/07];

9. **Steven George Fair's Objection/Answer to Plaintiff Sportsmans Warehouse, Inc's Motion to Strike Oct. 31 2007** [Doc. # 93, filed 11/9/07]; and

10. **Letter to "Mr. Boland"** [Doc. #96, filed 11/19/07].

On October 1, 2007, I issued an Amended Order [Doc. #57] striking eleven papers filed by Mr. Fair. I found that (1) the papers were largely unintelligible; (2) it was, for the most part, impossible to determine the nature or the substance of the papers; (3) none of the papers contained a proper caption; (4) many of the papers were redundant; and (7) many of the papers did not seem to pertain to any pending matter in this case. Mr. Fair was ordered to cease filing redundant papers, unintelligible papers, papers that are not related to any pending matter in this

case, or papers with improper captions. Mr. Fair was cautioned that any papers filed with the Court which failed to comply with the Amended Order could be stricken, and he could be subject to sanctions. In addition, Mr. Fair was ordered to answer or otherwise respond to the Complaint and to defendant LeBlanc's cross claims.

On October 1, 2007, Mr. Fair filed four additional papers. These papers were stricken [Doc. #63] because they suffered the same deficiencies as were addressed in my Amended Order. Mr. Fair was again ordered to cease filing redundant papers, unintelligible papers, papers that are not related to any pending matter in this case, or papers with improper captions. In addition, he was cautioned that any papers filed with the Court which failed to comply with my orders could be stricken and that he could be subject to sanctions.

On October 24, 2007, I issued an Order striking seven more papers filed by the plaintiff because they suffered the same deficiencies as addressed in my previous orders [Doc. #71]. I noted that, based on the captions of some of the papers, it appeared that Mr. Fair was attempting to (1) respond to the Complaint and LeBlanc's cross claims; ( 2) assert cross claims against LeBlanc; (3) assert counter claims against Sportsman's Warehouse, Inc.; and (4) assert claims against third parties. I struck these papers because, in addition to the deficiencies noted above, they failed to comply with the requirements of the Federal Rules of Civil Procedure, even affording them the most liberal construction possible. I specifically noted that Mr. Fair's "Answer to Sportsmans Warehouse Complaint Answer to Stephen C. LeBlanc's Crossclaim under Amended Order of the Court Oct 1, 2007" [Doc. #67] (the "Answer"), although possibly asserting affirmative defenses, did not admit or deny any of the factual averments of the

Complaint or of LeBlanc's pleading, as required by Fed. R. Civ. P. 8. Finally, I addressed Mr. Fair's contumacious language and conduct, as demonstrated in several of the papers.

Notwithstanding my previous orders, Mr. Fair filed the above-listed Papers. The Papers are stricken because they are redundant, unintelligible, unrelated to any pending matter in this case, not properly served on the parties' attorneys, *ex parte* communications with the Court, combine a motion with a response in violation of D.C.COLO.L.Civ.R 7.1C, and/or contain improper captions. In addition, Mr. Fair has filed two additional Answers. Neither Answer specifically admits or denies any of the factual averments of the Complaint or of LeBlanc's pleading.

On November 19, 2007, I held a Status Conference to address Mr. Fair's abusive litigation practices. I explained to Mr. Fair that he must answer or otherwise respond to the Complaint and to defendant LeBlanc's cross claims in compliance with Rule 8, or default will be entered against him. I again ordered him to cease filing redundant papers, unintelligible papers, papers that are not related to any pending matter in this case, or papers with improper captions. I ordered Mr. Fair to serve all papers on the parties' attorneys, and I specifically prohibited him from serving papers directly on Mr. LeBlanc. Mr. Fair was cautioned that any papers filed with the Court which failed to comply with my orders would result in sanctions against him. In addition, Mr. Fair was ordered to answer or otherwise respond to the Complaint and to defendant LeBlanc's cross claims. Accordingly,

IT IS ORDERED that the Papers are STRICKEN.

IT IS FURTHER ORDERED that Mr. Fair shall answer or otherwise respond to the Complaint and to LeBlanc's cross claims in compliance with Rule 8, Fed.R.Civ.P., on or before

4

**December 7, 2007**. Mr. Fair is cautioned that failure to properly answer or otherwise respond to the Complaint and to LeBlanc's cross claims will result in entry of default against him.

IT IS FURTHER ORDERED that Mr. Fair shall file a response to Defendant and Cross-Claimant Stephen C. LeBlanc's Motion for Summary Judgment [Doc. #73] on or before **December 7, 2007**. The text of the response shall not exceed twenty pages, type-written and double spaced. All attached exhibits shall be necessary and pertinent to the response.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to return to Mr. Fair all of the exhibits which were conventionally filed as Document #88.

IT IS FURTHER ORDERED that Mr. Fair shall serve all future papers upon counsel for the parties. Mr. Fair shall cease filing papers upon Mr. LeBlanc, and he shall cease filing *ex parte* letters with the Court.

IT IS FURTHER ORDERED that Mr. Fair shall cease filing redundant papers, unintelligible papers, papers that are not related to any pending matter in this case, or papers with improper captions. Any papers filed with the Court which fail to comply with my orders will be stricken, and Mr. Fair will be subject to sanctions, including entry of default against him.

Dated November 20, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge