IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01271-WDM-BNB

SPORTSMANS WAREHOUSE, INC.,

    Plaintiff,

v.

STEVEN G. FAIR and
STEPHEN C. LEBLANC,

    Defendants,

and

STEPHEN C. LEBLANC

    Cross Claimant

v.

STEVEN G. FAIR

    Cross Defendant.

## ORDER ON MOTION TO SUBMIT BRIEF IN EXCESS OF PAGE LIMITS

Miller, J.

This case is before me on the document entitled "Motion Under Miller Rule 6.2" (doc no 114), filed by Defendant and Cross Defendant Steven G. Fair ("Fair"). Fair appears to request additional pages for his brief in response to the Motion for Summary Judgment filed by Cross Claimant Stephen C. LeBlanc ("LeBlanc"). Although LeBlanc's brief is 16 pages, including statements of undisputed material fact, Fair requests 20 pages for a

response brief, which is compliant with my Trial and Pretrial Procedures. However, he also requests leave to submit a supplemental 41 pages of affidavit to rebut LeBlanc's statements of undisputed fact. To the extent that the proposed affidavit contains argument, as opposed to facts as would be admissible in evidence made on personal knowledge (see Fed. R. Civ. P. 56(e)), the motion will be denied. Fair is directed to the Rules of Federal Procedure, case law and treatises, and my Trial and Pretrial Procedures for guidelines concerning the purpose and limits of summary judgment practice. Factual disputes will not be resolved on a motion for summary judgment. Fair's response need only provide, through admissible evidence, "specific facts showing that there is a genuine issue for trial." Fed. R. Civ. P. 56(e).

Accordingly, it is ordered:

1. Fair's "Motion Under Miller Rule 6.2" (doc no 114) is denied. Fair may submit a brief in response to LeBlanc's Motion for Summary Judgment not to exceed 20 pages, including a response to LeBlanc's Statements of Undisputed Material Fact (containing a <u>brief</u> factual explanation of the reasons for Fair's dispute), Fair's Statements of Additional Disputed and Undisputed Material Fact, if necessary, and legal argument. Any supporting affidavit by Fair shall be concise and limited to factual recitations based on personal knowledge and shall not contain argument.

DATED at Denver, Colorado, on December 7, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge