IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01271-WDM-KMT

SPORTSMANS WAREHOUSE, INC.,

     Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

     Defendants,

STEPHEN C. LEBLANC,

     Cross Claimant,

v.

STEVEN G. FAIR,

     Cross Defendant.

_____

**ORDER**
_____

This matter is before the court on "Steven G. Fair's Motion under FRCP Rule 33"

("Motion" [Doc. 125, filed December 16, 2007]).  Stephen C. LeBlanc filed a "Response to the

Motion under FRCP 33" on December 31, 2007 [Doc. No. 131] and Sportsman's Warehouse

joined in that Response on January 4, 2008 [Doc. No. 132].  Fair filed what the court will

characterize as a Reply, captioned "Fair's Objection, and Answer to Defendant and Cross-

Claimant Stephen C. LeBlanc's Response to Cross Claimant Steven George Fair's Motion under FRCP 33" [Doc. No. 138, filed January 17, 2008].

According to his Reply, Steven Fair stated he served thirty-five interrogatories on LeBlanc and Sportsman's on December 12, 2007 (Reply at ¶ 2). On December 16, 2007, Fair requested court permission to serve thirty-five interrogatories on Stephen LeBlanc and upon Sportsman's Warehouse. ("Motion") To the extent the interrogatories were mailed on December 12, 2007, this would have given ample time to LeBlanc and Sportsman's Warehouse to respond before the discovery cut off date of January 31, 2008. In LeBlanc's response, however, filed on December 31, 2007, nineteen days after Mr. Fair said he mailed the interrogatories, counsel for LeBlanc indicates, "Fair has not served any interrogatories, . . ." (Response at ¶ 2). The discovery cut-off date in this case was January 31, 2008.

It is therefore ORDERED:

"Steven G. Fair's Motion under FRCP Rule 33" [Doc. 125] is DENIED.

Dated this 15th day of February, 2008.

BY THE COURT:


s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge
