IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01271-WDM-KMT

SPORTSMANS WAREHOUSE, INC.

    Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

    Defendants.

STEPHEN C. LEBLANC,

    Cross Claimant,

v.

STEVEN G. FAIR,

    Cross Defendant.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Unopposed Motion to Change the Date of Defendant Steven G. Fair's Deposition" (#212, filed February 19, 2008) is GRANTED. Defendant Steven G. Fair will attend his deposition on February 29, 2008 at 9:00 a.m. PST, by appearing in person at the offices of Black Helterline, LLP 805 Southwest Broadway, Suite 1900, Portland, Oregon 97205-3359.

Dated: February 21, 2008