IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01271-WDM-KMT


SPORTSMANS WAREHOUSE, INC.

     Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

     Defendants.

STEPHEN C. LEBLANC,

     Cross Claimant,
v.

STEVEN G. FAIR,

     Cross Defendant.

---

# MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Defendant "Fair's Motion for the Court to Allow Fair to Amend Fair's 'Expedited Motion to
Dismiss Under FRCP 12(b) for Failure to State a Claim Upon Which Relief May be Granted'"
(#230, filed February 25, 2008) is DENIED. This motion appears to be a request to amend
Document No. 186, filed February 6, 2008, which was stricken by the court. The court notes that
Steven Fair has filed Document No. 231, "First Amended Expedited Motion to Dismiss Under
FRCP 12(b) for Want of Jurisdiction and for Failure to State a Claim Upon Which Relief May be
Granted."

Dated: February 27, 2008