IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01271-WDM-KMT

SPORTSMANS WAREHOUSE, INC.

    Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

    Defendants.

STEPHEN C. LEBLANC,

    Cross Claimant,

v.

STEVEN G. FAIR,

    Cross Defendant.

---

## ORDER

---

This matter is before the court on Steven G. Fair's twice filed "Motion to Vacate the Scheduling Order and Pre-Trial Conference" [Doc. Nos. 251, filed March 6, 2008 and 257, filed March 10, 2008]. Plaintiff Sportsman's Warehouse, Inc. responded in opposition on March 26, 2008. [Doc. No. 265].

Steven G. Fair has filed numerous previous motions for extension of the discovery deadlines in this case, the most recent of which was denied by this court on February 13, 2008 [Doc. No. 195]. Mr. Fair has added nothing new to the constant entreaties to grant him more time to meet the necessary and appropriate deadlines for discovery in the current motions.

Mr. Fair has obviously spent a great deal of time preparing numerous motions and responses which have been filed of record in the case. Therefore, the court infers that Mr. Fair could have spent at least the same amount of time preparing the case for trial, including complying with the discovery deadlines imposed many months previous.

Wherefore, for all the reasons previously set forth in the court's February 13, 2008 order and because Mr. Fair has still not shown good cause why the Scheduling Order should be altered or amended as required by Fed. R. Civ. P. 16(b)(4), the two duplicative Motions to "Vacate the Scheduling Order and Pre-Trial Conference" [Doc. Nos. 251 and 257] are DENIED.

Dated this 1st day of April, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge