IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01271-WDM-KMT

SPORTSMANS WAREHOUSE, INC.

      Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

      Defendants.

STEPHEN C. LEBLANC,

      Cross Claimant,

v.

STEVEN G. FAIR,

      Cross Defendant.

---

**ORDER**

---

      This matter is before the court on "Steven George Fair's Expedited Motion to the Court to Conduct Pretrial Conference/Trial Telephonically *In Forma Pauperis*" ("Motion" [Doc. No. 291, filed April 30, 2008] to which was filed "Defendant and Cross-claimant Stephen C. Leblanc's Response to Steven George Fair's Expedited Motion to the Court to Conduct Pretrial Conference/Trial Telephonically in Forma Pauperis" [Doc. No. 293, filed May 1, 2008]. Related to the same issues is "Defendant and Cross Claimant Stephen C. LeBlanc's Motion to Require

Attendance of Steven G. Fair in Person at Final Pretrial Conference" [Doc. No. 290, filed April 30, 2008] and "Steven George Fair's Expedited Motion for Protective Order" [Doc. No. 297, filed May 6, 2008] which appears nearly identical to Fair's Motion [Doc. No. 291]. Also, considered is "Steven George Fair's Expedited Motion to the Court for Ex Parte Hearing 05-02-2008" [Doc. No. 292, filed May 1, 2008] to which no response has been filed.

Mr. Fair's Motion is another in his continuing series of diatribes against Defendant LeBlanc's attorney Peter A. Gergely. Contrary to the many allegations of Mr. Fair, Mr. Gergely is not a judicial officer and has no power to "extra-judicially punish" Mr. Fair. (See Doc. No. 297.) Mr. Fair has failed to put forth adequate reason to allow him to attend any further hearings telephonically. Given the prolific filings submitted by Mr. Fair and the incomprehensibility of many of them, the court finds that attendance at hearings personally by Mr. Fair would be beneficial to the court's understanding of Mr. Fair's position on contested issues and other pretrial matters.

Therefore, it is ORDERED:

1. "Defendant and Cross Claimant Stephen C. LeBlanc's Motion to Require Attendance of Steven G. Fair in Person at Final Pretrial Conference" [Doc. No. 290] is GRANTED. The Final Pretrial Conference currently set for June 3, 2008 has been VACATED reset for June 26, 2008 at 9:15 a.m. [Doc. No. 314] in order to allow Mr. Fair to make reasonable travel plans.

2. "Steven Geroge Fair's Expedited Motion to the Court to Conduct Pretrial Conference/Trial Telephonically *In Forma Pauperis*" [Doc. No. 291] is DENIED.

3. "Steven George Fair's Expedited Motion to the Court for Ex Parte Hearing 05-02-2008" [Doc. No. 292] is DENIED.

4. "Steven George Fair's Expedited Motion for Protective Order" [Doc. No. 297] is DENIED.

Dated this 21st day of May, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge