IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01271-WDM-KMT

SPORTSMANS WAREHOUSE, INC.

    Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

    Defendants.

STEPHEN C. LEBLANC,

    Cross Claimant,

v.

STEVEN G. FAIR,

    Cross Defendant.

---

## AMENDED MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Steven George Fair's Motion to Withdraw Defendant and Cross-Defendant Steven George Fair's Objection to Deposition and Fair's Expedited Motion to Strike Based Upon Defendant and Cross-Defendant Steven George Fair's Objection to Deposition" (#301, filed May 8, 2008) was GRANTED (#308, filed May 14, 2008).

"Fair's Expedited Motion to Strike Based Upon Defendant and Cross-Defendant Steven George Fair's Objection to Deposition" (#273, filed April 7, 2008) and "Defendant and Cross-Defendant Steven George Fair's Objection to Deposition" (#277, filed April 7, 2008) are hereby STRICKEN.

Dated: May 21, 2008