IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01271-WDM-KMT

SPORTSMANS WAREHOUSE, INC.

    Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

    Defendants.

STEPHEN C. LEBLANC,

    Cross Claimant,

v.

STEVEN G. FAIR,

    Cross Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Steven George Fair's Notice of Conflict with June 26th Date for Pretrial Conference and to Object to Pretrial Conference" (#327, filed June 13, 2008) is **DENIED** as moot.

Dated: June 17, 2008