IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01271-WDM-KMT

SPORTSMANS WAREHOUSE, INC.,

    Plaintiff(s),

v.

STEVEN G. FAIR AND
STEPHEN C. LEBLANC,

    Defendant(s).
_____

**ORDER**
_____

    This matter is before me on Defendant LeBlanc's Motion to Stay Deadline to File Bill of Costs and Motion for Attorney's Fees (doc. no. 358). Defendant and cross-claimant LeBlanc asks that he be allowed to postpone filing of a bill of costs and any motion for attorney's fees until after the "disposition of Fair's appeal". The motion was filed on the last day to file a motion for attorney's fees or a claim for costs pursuant to Fed. R. Civ. P. 54 and this court's local rules.

    The Defendant's course of action is unacceptable as it is based upon an unknown event, namely whether Defendant appeals and if so when the appeal would be resolved. Accordingly, the motion is denied but to assure that the Defendant has an opportunity to file any bill of costs or motion for attorney's fees I will extend that deadline.

    Accordingly, it is ordered:

1. Defendant's Motion to Stay Deadline to File Bill of Costs and Motion for Attorney's Fees (doc. no. 358) is denied; and

2. The time for said Defendant to file a bill of costs and motion for attorney's fees is extended until September 8, 2008.

DATED at Denver, Colorado on August 29, 2008

BY THE COURT:


s/ Walker D. Miller
United States District Judge