IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01271-WDM-KMT

SPORTSMANS WAREHOUSE, INC.,

        Plaintiff,

v.

STEVEN G. FAIR, and
STEPHEN C. LEBLANC,

        Defendants.

ORDER TO CURE DEFICIENCY

Miller, Judge

    Defendant, Steven G. Fair, submitted a Notice of Appeal on August 28, 2008. I have determined that the document is deficient as described in this order. Defendant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u> X </u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u> X </u>   is not submitted
      <u>   </u>   is not on proper form (must use the court's current form)
      <u>   </u>   is missing original signature by plaintiff/petitioner on motion
      <u>   </u>   is missing affidavit
      <u>   </u>   affidavit is incomplete
      <u>   </u>   is missing original signature by plaintiff/petitioner on affidavit
      <u>   </u>   affidavit is not notarized or is not properly notarized
      <u>   </u>   other_____

Accordingly, it is

    ORDERED that Defendant cure the deficiencies designated above within 30 days from

the date of this order.  Any papers that Defendant filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Defendant, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Defendant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this <u>3rd</u> day of September, 2008.

BY THE COURT:

s/ Walker D. Miller
_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO