IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-01271-WDM-KMT

SPORTSMANS WAREHOUSE, INC.,

    Plaintiff,

v.

STEVEN G. FAIR and
STEPHEN C. LEBLANC,

    Defendants,

and

STEPHEN C. LEBLANC

    Cross Claimant

v.

STEVEN G. FAIR

    Cross Defendant.

## ORDER ON PENDING MOTIONS

Miller, J.

    This case is before me on Defendant and Cross Defendant Steven G. Fair's "Demand for Attorney and Objection to Gergely's Timeliness and False Certification in 'Defendant Stephen C. LeBlanc's Motion to Stay Deadline to File Bill of Costs and Motions for Attorney's Fees'" (doc no 372), "Motion for Leave to File for Reconsideration of Steven George Fair's Motion for Post Judgment Relief" (doc no 376), and "Motion for Reconsideration of Miller's Order on Steven George Fair's Motion for Post Judgment Relief"

(doc no 377). On August 5, 2008, I entered an order (doc no 354) accepting the recommendation of Magistrate Judge Kathleen M. Tafoya and granting summary judgment against Fair on his copyright infringement claim. Fair filed a motion for post judgment relief (doc no 60), which I construed to be a motion to alter or amend the judgment pursuant to Rule 59(e) and denied on September 9, 2008 (doc no 370). Fair now seeks appointment of an attorney to "deal with [Defendant Stephen C. LeBlanc's attorney Peter Gergely] Mr. Gergely's intentional constitutional usurpation" and further reconsideration of the judgment.

Fair and Mr. Gergely have apparently had a number of disputes throughout this litigation. I have some difficulty discerning the exact nature of Fair's complaint in the most recent motion (doc no 372), but the issue seems to concern the filing of LeBlanc's motion to stay the deadline to file a bill of costs (doc no 358). LeBlanc's motion for an extension of time was filed on August 22, 2008, the deadline for the submission of the bill of costs. Although it was timely filed with the court's electronic filing system, ECF, Fair contends that contrary to the certificate of service, it was not mailed to him until August 26, 2008. Fair seeks some sort of unspecified sanctions against Mr. Gergely for this conduct and the appointment of an attorney to assist him in this regard. Fair's motion will be denied. The certificate of service was not signed by Mr. Gergely but by another person, and so I see no evidence that Mr. Gergley has made any misrepresentation to the court. Moreover, Fair's copy of the postmark which he alleges shows the date stamp is illegible. Finally, Fair has asserted no prejudice resulting from the alleged untimely mailing.

Fair additionally seeks reconsideration of the order granting summary judgment to LeBlanc and Sportsman's Warehouse. I previously denied a similar motion for reconsideration, as Fair only reasserted the same arguments forwarded in previous briefing

and pleadings. This motion again contains Fair's expositions on federal authority and the validity of the federal monetary and currency systems, which are irrelevant and do not show error in the previous orders. Fair also argues that he was not permitted adequate discovery, but nearly all the discovery he contends he was not permitted to offer was evidence in his control, not evidence from the opposing parties. Moreover, he did not request additional discovery pursuant to Fed. R. Civ. P. 56(f) after the motions for summary judgment were filed. Fair's remaining arguments are similar to those he previously raised. Fair has already filed a notice of appeal and any further remedies should now be pursued in the Court of Appeals for the Tenth Circuit.

Accordingly, it is ordered:

1. Defendant and Cross Defendant Steven G. Fair's "Demand for Attorney and Objection to Gergely's Timeliness and False Certification in 'Defendant Stephen C. LeBlanc's Motion to Stay Deadline to File Bill of Costs and Motions for Attorney's Fees'" (doc no 372), "Motion for Leave to File for Reconsideration of Steven George Fair's Motion for Post Judgment Relief" (doc no 376), and "Motion for Reconsideration of Miller's Order on Steven George Fair's Motion for Post Judgment Relief" (doc no 377) are denied.

DATED at Denver, Colorado, on October 20, 2008.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge